RULE 11 – MEDIATION SETTLEMENT AGREEMENT

RE: Cause No. 3.23-cv-00330; *Martin Torres Segura vs. Walmart Stores Texas, LLC.*, US District Court, Southern District of Texas, Galveston Division.

On this 26th day of February 2025, the parties have agreed on the following settlement terms in the above-referenced matter:

1. Plaintiff *Martin Torres Segura* agrees to release any and all claims, that he has or may have against Defendant *Walmart Stores Texas, LLC.* arising out of the above-referenced matter;

2. In consideration for Plaintiff's release, as set forth above, Plaintiff and his attorney shall be paid by or on behalf of Defendant as follows:

    i. ▉▉▉▉▉▉ for all claims of Plaintiff *Martin Torres Segura, Individually;*

3. Each party will pay their own attorneys' fees, court costs, expenses, and mediation fees;

4. Attorney for Defendant will draft formal settlement documents that will include standard full and complete releases of all claims and indemnity language for claims made/brought by, through, or under Plaintiff, including but not limited to claims for hospital liens, medical bills, Medicare, Medicaid, TriCare, health insurer subrogation, etc.;

5. The settlement documents shall be forwarded to Attorney for Plaintiff within 7 days of receipt of payment instructions and W9 from Attorney for Plaintiff. The settlement check(s) shall be forwarded to Attorney for Plaintiff within 21 days of Attorney for Defendant's receipt of the executed settlement documents. Payment for release of liens, if any, shall be made by separate check(s);

6. Although the mediator has provided a basic outline of this Settlement Agreement to the parties' counsel as a courtesy to facilitate the final resolution of this dispute, the parties and their counsel have thoroughly reviewed such outline and have, where necessary, modified it to conform to the requirements of their agreement. Those signing below on behalf of any party have the authority to and hereby bind such party to the terms of this agreement, and that this agreement as evidenced by the signatures below is legally binding and enforceable. All signatories to this Settlement Agreement hereby release the Mediator from any and all responsibility arising from the drafting of this Settlement Agreement, and by signing this Settlement Agreement acknowledge that they, or their attorneys, have been advised by the mediator in writing that this Settlement Agreement should be independently reviewed by counsel before executing the Agreement;

7. If one or more disputes arise with regard to the interpretation and/or performance of this agreement or any of its provisions, the parties agree to attempt to resolve same by phone conference with the mediator who facilitated this settlement.

Effective this 26th day of February 2025.

_____
Meagan A. Garcia-Plaintiff Attorney

_____
Tiffany Walker-Killip-Defense Attorney

# Rule 11 Agreement Martin Segura

Final Audit Report                                                                 2025-02-26

| | |
|---|---|
| Created: | 2025-02-26 |
| By: | Nadia Bettac (nadia@bamtx.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA8A_bemfsKw6h6WMMVQ01E5i5GOCYhpwx |

## "Rule 11 Agreement Martin Segura" History

- Document created by Nadia Bettac (nadia@bamtx.com)
  2025-02-26 - 9:57:19 PM GMT

- Document emailed to Meagan A. Garcia (mgarcia@millerweisbrod.com) for signature
  2025-02-26 - 9:57:23 PM GMT

- Document emailed to Tiffany Walker-Killip (twalker@bushramirez.com) for signature
  2025-02-26 - 9:57:23 PM GMT

- Email viewed by Tiffany Walker-Killip (twalker@bushramirez.com)
  2025-02-26 - 9:58:01 PM GMT

- Document e-signed by Tiffany Walker-Killip (twalker@bushramirez.com)
  Signature Date: 2025-02-26 - 9:58:19 PM GMT - Time Source: server

- Email viewed by Meagan A. Garcia (mgarcia@millerweisbrod.com)
  2025-02-26 - 10:13:33 PM GMT

- Document e-signed by Meagan A. Garcia (mgarcia@millerweisbrod.com)
  Signature Date: 2025-02-26 - 10:13:55 PM GMT - Time Source: server

- Agreement completed.
  2025-02-26 - 10:13:55 PM GMT

Adobe Acrobat Sign