United States District Court
Southern District of Texas
**ENTERED**
February 27, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| MARTIN TORRES SEGURA, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:23-cv-00330 |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties have informed me that they have settled their dispute. *See* Dkt. 26. Accordingly, this case is conditionally dismissed unless either party represents in writing before March 27, 2025, that the settlement could not be finalized. The docket call scheduled for October 28, 2025 is cancelled. This case is closed.

SIGNED this 27th day of February 2025.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE